IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER JACKSON,

    Plaintiff,

v.

MR. FLIEGER, MS. BEAMAN,
CAPT. JENSEN, CAPT. FOSTER and
OFFICER DALBEC,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-220-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____      10/24/12
Peter Oppeneer, Clerk of Court          Date